No. 1228, Misc. EASTER *v.* BRUNE ET AL., JUDGES. Motion for leave to file petition for writ of prohibition denied.

No. 914. CALIFORNIA ET AL. *v.* LO-VACA GATHERING CO. ET AL.;

No. 915. SOUTHERN CALIFORNIA GAS CO. ET AL. *v.* LO-VACA GATHERING CO. ET AL.; and

No. 990. FEDERAL POWER COMMISSION *v.* LO-VACA GATHERING CO. ET AL. C. A. 5th Cir. Certiorari granted. The cases are consolidated and a total of two hours is allotted for oral argument. *J. Calvin Simpson* and *John T. Murphy* for petitioners in No. 914. *John Ormasa* and *Milford Springer* for petitioners in No. 915. *Solicitor General Cox, Ralph S. Spritzer, Frank Goodman, Richard A. Solomon, Howard E. Wahrenbrock* and *Peter H. Schiff* for petitioner in No. 990. *Bradford Ross, George D. Horning, Jr.* and *Hugh Q. Buck* for respondents in all cases. Reported below: 323 F. 2d 190.

No. 998. UNITED STATES *v.* FIRST NATIONAL CITY BANK. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harold C. Wilkenfeld* for the United States. *Henry Harfield* for respondent. *Edward J. Ross* for Chase Manhattan Bank et al., as *amici curiae,* in opposition.

No. 1003. SWALLOW *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Joseph Keig, Sr.* for petitioner. *Solicitor General Cox* for the United States.